UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| GEORGE PERRY, JR., ) | Case No.: 1:16 CV 812 |
| ) | |
| Plaintiff ) | JUDGE SOLOMON OLIVER, JR. |
| ) | |
| v. ) | |
| ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY, ) | |
| ) | |
| Defendant ) | <u>ORDER</u> |

On April 6, 2016, Plaintiff George Perry, Jr. ("Plaintiff" or "Perry"), represented by counsel, filed the above-captioned case, seeking judicial review of Defendant Commissioner of Social Security's ("Defendant" or "Commissioner") final determination denying Plaintiff's application for social security disability and supplemental security income disability benefits for lack of disability. (Compl., ECF No.1, at 1.) This court referred the case to Magistrate Judge James R. Knepp, II, for preparation of a Report and Recommendation. (ECF No. 2.) The Magistrate Judge submitted his Report and Recommendation on December 29, 2016, recommending that the court dismiss the case for want of prosecution. (ECF No. 21.)

As of the date of this Order, Plaintiff has not filed objections to the Report and Recommendation, which were due on January 12, 2017. By failing to do so, he has waived the right to appeal the Magistrate Judge's recommendation. *Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).

The court finds, after careful review of the Magistrate Judge's Report and Recommendation

and all other relevant documents, that the Magistrate Judge's conclusions are fully supported by the record and controlling case law. Accordingly, the court adopts as its own the Magistrate Judge's Report and Recommendation (ECF No. 21).

Consequently, the case is dismissed for want of prosecution and final judgment is entered in favor of Defendant.

IT IS SO ORDERED.

/s/ *SOLOMON OLIVER, JR.*
CHIEF JUDGE
UNITED STATES DISTRICT COURT

January 17, 2017